IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| LELAND THOMAS CORSO, JR., | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) 1:24CV759 |
| | ) |
| TODD ISHEE, | ) |
| | ) |
| Respondent. | ) |

## JUDGMENT

For the reasons set forth in the Order filed contemporaneously with this Judgment,

IT IS THEREFORE ORDERED AND ADJUDGED that Respondent's motion for summary judgment (Doc. 25) is GRANTED, that Petitioner's motion for summary judgment (Doc. 19) is DENIED, that the Petition (Doc. 2) is DENIED, that this action is DISMISSED, and that there being neither a substantial issue for appeal concerning the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, a certificate of appealability is DENIED.

                                                    /s/   Thomas D. Schroeder
                                                    United States District Judge

September 30, 2025